IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 04 2011

MATTHEW J. DYKMAN
CLERK

KEVIN LOWERY, on his behalf and on
behalf of similarly situated persons,

    Plaintiff,

JUDY LOVATO, DANNY GABALDON,
BARBARA THOMAS, each on his/her behalf
and on behalf of similarly situated persons,

    Plaintiffs-in-Intervention,

v.                                                09-CV-457 JB/WDS

CITY OF ALBUQUERQUE, MARTIN CHAVEZ,
in his individual capacity as mayor of the City
of Albuquerque, RAY SCHULTZ, in his individual
capacity as chief of police of the City of Albuquerque
Police Department, JOHN OLSTEAD, and
MARK CRANDALL, and JOHN DOE POLICE OFFICERS,

    Defendants,

MICHELLE WALL, LARRY MOYA,

    Defendants-in-Intervention.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR RELIEF OF KEVIN LOWERY'S DUTY AS CLASS REPRESENTATIVE AND TO SEVER CLAIM

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Relief of Kevin Lowery's Duty as Class Representative and to Sever Claim. The Court has reviewed the motion. The motion is stipulated to by the parties. The motion to is well-taken ~~and~~ in part and should be granted *in part and denied in part.* [initialed] 4/28/11 ~~in part~~ [initialed] 4/28/11

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Kevin Lowery is relieved of his duties as class representative *[insert]* ~~and his claim is severed from the class claims.~~ [initialed]

*[signature: James O. Browning]*

**HONORABLE JAMES BROWNING**
**UNITED STATES DISTRICT COURT JUDGE**

Submitted by:

**/s/ Joseph P. Kennedy**
Joseph P. Kennedy
Attorney for Plaintiffs

Approved by

*approved via E-mail April 21, 2011*
Kathryn Levy
Attorney for Defendants

*[Handwritten note by Judge Browning:]*

The Court agrees that Mr. Long is no longer an appropriate class representative and relieves him of his duties of being a class representative. The (parties) should send a notice to the class members telling them that Mr. Long is no longer a class representative.

The Court is not convinced, however, that Mr. Long should be able to opt-out at this late stage or that his claims should be severed. The Court has made rulings as to Mr. Long; he should not, after that ruling, be able to opt-out of the case. He remains part of the class. The Court does not contemplate that there would be a right to be held individual as to some or all members. The Court will enter any order into a partial settlement as to some parties and allow other claims to proceed. Again, the parties need to provide notice to the class of what is settled and what is not.

*[signature: JB]*
4/28/11