IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KEVIN LOWERY, on his behalf and on
behalf of similarly situated persons,**

      Plaintiff,

**JUDY LOVATO, DANNY GABALDON,
BARBARA THOMAS, each on his/her behalf
and on behalf of similarly situated persons,**

      Plaintiffs-in-Intervention,

v.                                                     09-CV-457 JB/WDS

**CITY OF ALBUQUERQUE, et al.,**

      **Defendants**.

## CLASS COUNSEL'S THIRD REPORT
## ON DISTRIBUTION HEARINGS

Pursuant to the Court's Minute Order [Doc. 150] and as supplement to Plaintiffs' Counsel's report back of July 3, 2013 and of September 24, 2013, Plaintiffs' Counsel submits this third report on the distribution hearings held before Judge William Lang.

On November 8, 2013, Class Counsel delivered to the Master a summary of each claimant's damages claim, which includes each claimant's economic damages claim and includes a summary of testimony related to each claimant's mental and emotional distress claim.

                                             Respectfully Submitted,

                                             **KENNEDY LAW FIRM**

                                             */s/ Joseph P. Kennedy*
                                             Joseph P. Kennedy
                                             Shannon L. Kennedy
                                             Attorneys for Plaintiff
                                             1000 Second Street NW
                                             Albuquerque, New Mexico 87102
                                             (505) 244-1400   Fax (505) 244-1406

  I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record via the CM/ECF system on November 12, 2013.

 **_/s/ Joseph P. Kennedy_**
Joseph P. Kennedy
Shannon L. Kennedy