# EATON LAW OFFICE, P.C.
## P. O. BOX 25305
## ALBUQUERQUE, NM 87125

Tax ID# 85-0450316

July 31, 2014

In Reference To:  13-505-658
                  Lowery Distribution

Invoice #    19593

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 7/7/2014 | WFL | Review hearing notes and evidence. | 1.25<br>350.00/hr | 437.50 |
| 7/11/2014 | WFL | Drafting supplement to Special Master's Report. | 1.00<br>350.00/hr | 350.00 |
| 7/15/2014 | WFL | Continue drafting supplement to Special Master's Report. | 1.25<br>350.00/hr | 437.50 |
|  | WFL | Finalize supplement to Special Master's Report. | 0.75<br>350.00/hr | 262.50 |
|  |  | For professional services rendered | 4.25 | $1,487.50 |
|  |  | Total taxes |  | $104.13 |
|  |  | Total amount of this bill |  | $1,591.63 |
|  |  | Previous balance |  | $11,796.75 |
| 6/17/2014 |  | Payment - thank you |  | ($11,796.75) |

| | Amount |
|---|---|
| Total payments and adjustments | ($11,796.75) |
| Balance due | $1,591.63 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lang, William F., Attorney | 4.25 | 350.00 | $1,487.50 |

THANK YOU!

**(The State of New Mexico charges gross receipts tax of 7.0% on professional services rendered and goods sold.)**